IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIANE A. TURNER, individually,
and as the representative of a
class of similarly situated
persons,**

**Plaintiff,**

v.

**ITI INTERNET SERVICES, INC.,
d/b/a ITI BANK, THE BANCORP
BANK, MOONLIGHT MARKETING,
INC.,**

**Defendants.**                                         No. 05-CV-0325-DRH

### ORDER

**HERNDON, District Judge:**

  Now before the Court is Plaintiff's June 21, 2005 motion to stay pending determination of remand (Doc. 31). As of this date, Defendants have not responded to the motion. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers the failure to respond as an admission of the merits of the motion. Thus, the Court **GRANTS** Plaintiff's motion to stay. The Court **STAYS** this matter pending a ruling on the

motion to remand.

        **IT IS SO ORDERED.**

Signed this 12th day of July, 2005.

                                        <u>/s/    David RHerndon</u>
                                        **United States District Judge**