**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DIANE A. TURNER, individually,**
**and as the representative of a**
**class of similarly situated**
**persons,**

**Plaintiff,**

**v.**

**ITI INTERNET SERVICES, INC.,**
**d/b/a ITI BANK, THE BANCORP**
**BANK, MOONLIGHT MARKETING,**
**INC.,**

**Defendants.**                                             **No. 05-CV-0325-DRH**

**ORDER**

**HERNDON, District Judge:**

On September 1, 2005, The Bancorp Bank filed a supplement to its reply to Plaintiff's motion to remand (Doc. 35). Even though Bancorp labeled the pleading as a "supplement," a review of the pleading indicates that it is a sur-reply brief which is not allowed under this Judicial District's Local Rules. Pursuant to **LOCAL RULE 7.1(g)**, the Court **STRIKES** this pleading.[1]

**IT IS SO ORDERED.**

Signed this 2nd day of September, 2005.

/s/   David RHerndon
**United States District Judge**

---

[1]"Under no circumstances will sur-reply briefs be accepted." **Local Rule 7.1(g)**.